IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |  |
|---|---|---|
| AMY, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THOMAS JOSEPH SCHLOEDER, | : | CIVIL ACTION NO. |
| | : | 1:15-CV-3857-LMM |
| | : | |
| Defendant. | : | |

## ORDER

This case comes before the Court on a *sua sponte* review. On August 23, 2016, this Court placed Defendant in default for failing to file his portion of the Joint Preliminary Report and Discovery Plan ("JPR&DP"). Dkt. No. [31]. On August 29, 2016, the Court received Defendant's copy of the JPR&DP, which in it, Defendant maintains he was tardy in filling out his portion because he was never served Plaintiffs' portion. This Court **CONSTRUES** Defendant's filing as a Motion to Reopen Default [32]. After a review of the record and due consideration, Defendants' Motion [32] is **GRANTED**. See Fed. R. Civ. P. 55(c). The Clerk is **DIRECTED** to strike entry of default as to Defendant.

The Court also notes that Defendant is correct that he was not properly served with Plaintiffs' pleading. See Dkt. No. [27] at 11 (stating that Plaintiffs served Defendant through CM/ECF, which Defendant does not have access to).

Plaintiffs are **ORDERED** to serve Defendant going forward via U.S. Mail consistent with the Federal Rules of Civil Procedure. However, the Court also notes that Defendant <u>WAS</u> mailed the Court's Show Cause Orders and still did not timely comply with them. Going forward, if Defendant misses any further deadlines, the Court will again place Defendant in default.

    **IT IS SO ORDERED** this 31st day of August, 2016.

**Leigh Martin May**
**United States District Judge**