THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMY, *et al.*,

    Plaintiff,

v.

THOMAS JOSEPH SCHLOEDER,

    Defendant.

CIVIL ACTION NO.
1:15-CV-03857-LMM

**AMENDED SCHEDULING ORDER**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

1) Discovery Track Assignment: 4 Months

2) Start of Discovery Period: October 1, 2016

3) Addition of New Parties: No new parties need to be added.

4) Amendments to the Pleadings: Must be submitted by October 31, 2016.

5) Filing Motions: Motions to Compel: Prior to the close of discovery on February 1, 2017 or, if longer, within fourteen days after

service of the disclosure or discovery response upon which the objection is based. Summary Judgment Motions: by March 3, 2017, unless otherwise permitted by court order. Other Limited Motions: Governed by Local Rules 7.2A, 7.2B, and 7.2E, concerning filing limitations for motions pending on removal, emergency motions, and motions for reconsideration. Motions Objecting to Expert Testimony: *Daubert* motions with regard to expert testimony no later than March 3, 2017. All other motions must be filed by October 31, 2016, unless the filing party has obtained prior permission of the Court.

6) Close of Discovery: February 1, 2017

7) Settlement Conference: Exempt due to *pro se* litigant.

8) Consolidated Pretrial Order: Proposed order filed with the Court by March 3, 2017, or thirty days after the Court's ruling on any pending motions for summary judgment, whichever is later.

IT IS SO ORDERED, this 4th day of October, 2016.

*[signature]*
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE